**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TORI ANN LAMONDA, | ) | 3:16-cv-00587-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Plaintiff has filed a motion for reversal and/or remand of the defendant's denial of his claim for social security disability benefits (ECF No. 14). The defendant has filed a cross-motion to affirm (ECF No. 20). On December 22, 2017, the magistrate judge issued his report and recommendation recommending that the court grant the plaintiff's motion and deny the defendant's cross-motion, and reverse and remand the defendant's denial of plaintiff's claim. (ECF No. 22). No objections to the report and recommendation have been filed, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C.

1

§ 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (ECF No. 22).

Accordingly, the plaintiff's motion to reverse and remand for an award of benefits (ECF No. 14) is GRANTED, and the defendant's cross-motion to affirm (ECF No. 20) is DENIED. The clerk of the court is directed to enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 14th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE