# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tori Ann Lamonda,<br><br>　　　Plaintiff<br><br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>　　　Defendant | Case No. 3:16-cv-587-HDM-WGC<br><br>**Order Accepting and Adopting the Report and Recommendation** |

On March 21, 2018, Judge Cobb issued a Report and Recommendation. He recommends that this Court grant Lamonda's motion for attorney's fees, award $15,455.75 in attorney's fees under 42 U.S.C. § 406(b), and order Lowman's counsel to reimburse Lamonda $7,789.93 under the Equal Access to Justice Act. The time to object to the Report and Recommendation has expired. The parties have filed no objections.

This Court accepts and adopts the Report and Recommendation. Local Rule IB 3-2(b). Thus, Lamonda's motion for attorney's fees is granted, $15,455.75 in attorney's fees is awarded, and Lamonda's counsel must reimburse Lamonda $7,789.93.

IT IS SO ORDERED.

Dated: April 16, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Howard D. McKibben
　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge